# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CZECHOROWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>T. NIEBLAS,<br><br>    Defendant. | Case No.: 1:21-cv-01027-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

Plaintiff Christopher Czechorowski is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 25, 2021, the Court screened Plaintiff's complaint, found that Plaintiff stated a cognizable excessive force claim against Defendant T. Nieblas, and granted Plaintiff leave to file an amended complaint or notify the Court of his intent to proceed only on the excessive force claim. (ECF No. 8.) Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **October 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1