UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CZECHOROWSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>T. NIEBLAS,<br><br>  Defendant. | No.: 1:21-cv-01027-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. No. 11) |

Plaintiff Christopher Czechorowski is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2021, the assigned magistrate judge issued findings and recommendations recommending that the instant action be dismissed for failure to comply with a court order and failure to prosecute. (Doc. No. 11.) The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen days. (*Id.* at 4.) No objections have been filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on October 28, 2021, (Doc. No. 11), are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **December 7, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE